Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−16503−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wendy L. Osborne
   1596 Wisteria Ave.
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−8703

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/15/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 15, 2019
JAN: kvr

                                                Jeanne Naughton
                                                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 18-16503-JNP
Wendy L. Osborne                                                  Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2           Date Rcvd: Apr 15, 2019
                              Form ID: 148                Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db             +Wendy L. Osborne,    1596 Wisteria Ave.,    Vineland, NJ 08361-6549
cr            #+Amerihome Mortgage,    4th Floor 7090,    21215 Burbank Boulevard,
                 Woodland Hills, CA 91367-7091
517431051      +City Of Vineland,    640 E Wood St,    Tax Collector,    Vineland, NJ 08360-3722
517431053       Dept of Ed/Navient,    123 Justison St,    3rd Floor,    Newark, DE 19713
517431057      +Mccabe Weisberg Conway,    216 Haddon Ave Suite 201,    Collingswood, NJ 08108-2818
517861629      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
517861630      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
517431058      +Navient,    123 Justison Street 3rd floor,    Wilmington, DE 19801-5363
517512206       Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
                 PO BOX 8961,    Madison, WI 53708-8961
517431060       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517431062     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517431061      +South Jersey Gas,    Po Box 577,    Attn: Mrs. DeMarco,    Hammonton, NJ 08037-0577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2019 22:20:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2019 22:20:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517431050      +EDI: CHASE.COM Apr 16 2019 02:23:00      Chase/Bank One Card,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517431052      +EDI: COMCASTCBLCENT Apr 16 2019 02:23:00      Comcast,    PO Box 3001,
                 Southeastern, PA 19398-3001
517431056       EDI: IRS.COM Apr 16 2019 02:23:00      Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517592919       EDI: NAVIENTFKASMSERV.COM Apr 16 2019 02:23:00      Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517431063       EDI: TDBANKNORTH.COM Apr 16 2019 02:23:00      Td Bank,    32 Chestnut Street,
                 Lewiston, ME 04240
517570093      +EDI: AIS.COM Apr 16 2019 02:23:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517431055*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517431054*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
517431059*     +Navient,    123 Justison Street 3rd floor,    Wilmington, DE 19801-5363
517431049    ##+Amerihome Mortgage Company,    21300 Victory Blvd. Suite 900,    Woodland Hills, CA 91367-7728
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1                  User: admin                    Page 2 of 2                  Date Rcvd: Apr 15, 2019
                                      Form ID: 148                   Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Debtor Wendy L. Osborne mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```